STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

MICHAEL K. KAWAHARA
Assistant U.S. Attorney
Room 6100, Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850

Attorneys for Plaintiff
United States of America



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 0 2000

at ___ o'clock and ___ min. ___M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00060 DAE |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. 841(a)(1), 844(a)] |
| STEVEN WILLIAMS SCHLEGEL, ) | |
| Defendant. ) | |

<u>INDICTMENT</u>

<u>Count 1</u>:

The Grand Jury charges that:

On or about January 26, 2000 in the District of Hawaii, defendant Steven Williams Schelegel knowingly and intentionally manufactured marijuana, to wit: the cultivation of one-hundred (100) or more marijuana plants, a Schedule I controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii
By _____
Deputy

SCANNED

<u>Count 2</u>:

The Grand Jury further charges that:

On or about January 26, 2000 in the District of Hawaii, defendant Steven Williams Schelegel knowingly and intentionally possessed with intent to distribute one-hundred (100) or more marijuana plants, a Schedule I controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

<u>Count 3</u>:

The Grand Jury further charges that:

On or about January 26, 2000 in the District of Hawaii, defendant Steven Williams Schelegel knowingly and intentionally possessed marijuana, a Schedule I controlled substance,

In violation of Title 21, United States Code, Section

844(a).

DATED: Honolulu, Hawaii, __2/10__, 2000.

A TRUE BILL

GRAND JURY FOREPERSON

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Schlegel, USDC-Hawaii, Indictment.

3